```
DMB:HLJ
F.# 2012R00387
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>N O T I C E</u> |
| - against - | 12 CR 626 (SJ) |
| ALEXANDER FISHENKO,<br>ARC ELECTRONICS, INC.,<br>APEX SYSTEM, L.L.C.,<br>SHAVKAT ABDULLAEV,<br>   also known as "Stan,"<br>LYUDMILA BAGDIKIAN,<br>   also known as "Mila,"<br>ANASTASIA DIATLOVA,<br>   also known as "Anna,"<br>VIKTORIA KLEBANOVA,<br>SERGEY KLINOV,<br>ALEXANDER POSOBILOV,<br>   also known as "Sasha,"<br>YURI SAVIN,<br>DMITRIY SHEGUROV,<br>SEVINJ TAGHIYEVA,<br>   also known as "Seva," and<br>SVETALINA ZAGON,<br>   also known as "Alina," | |
| Defendants. | |

- - - - - - - - - - - - - - - - -X

NOTICE OF INTENT TO USE FOREIGN
<u>INTELLIGENCE SURVEILLANCE ACT INFORMATION</u>

The United States, through its attorney, Loretta E. Lynch, United States Attorney for the Eastern District of New York, hereby provides notice to defendants ALEXANDER FISHENKO, ARC ELECTRONICS, INC., APEX SYSTEM L.L.C., SHAVKAT ABDULLAEV, also known as "Stan," LYUDMILA BAGDIKIAN, also known as "Mila,"

ANASTASIA DIATLOVA, also known as "Anna," VIKTORIA KLEBANOVA, SERGEY KLINOV, ALEXANDER POSOBILOV, also known as "Sasha," YURI SAVIN, DMITRIY SHEGUROV, SEVINJ TAGHIYEVA, also known as "Seva," and SVETALINA ZAGON, also known as "Alina," and to the Court, pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose in proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:   October 3, 2012
         Brooklyn, New York

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                         By:         /s/
                                    Daniel S. Silver
                                    Hilary L. Jager
                                    Assistant U.S. Attorneys
                                    Eastern District of New York
                                    (718) 254-6034/6248

                                    David Recker
                                    Trial Attorney
                                    Counterespionage Section
                                    U.S. Department of Justice